UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
----------------------------------------------------------------X
MIECZYSLAW ROMANIUK

                Plaintiffs,

  -against-

100 CHURCH, LLC, ET AL,

                Defendant.

See Rider Attached.
----------------------------------------------------------------X

Case No.:
21 MC 102 (AKH)

Docket No.: 07CV05316

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

    Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
            September 12, 2007

                          Yours etc.,

                          CALLAN, KOSTER, BRADY & BRENNAN, LLP
                          Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

                          By: _____
                          Vincent A. Nagler ( 6400 )
                          One Whitehall Street
                          New York, New York 10004
                          (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO: WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

**RIDER**

MIECZYSLAW ROMANIUK,

                              Plaintiffs,

- against -

100 CHURCH, LLC, 4101 AUSTIN BLVD CORPORATION, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF MANAGERSOF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., CUNNINGHAM DUCT CLEANING CO., INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., US GOVERNMENT, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,

00-3

LP, WFP TOWER B. CO., L.P., AND ZAR
REALTYMANAGEMENT CORP., ET AL

                                  Defendants.
----------------------------------------X