UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
MIECZYSLAW ROMANIUK,                                                    (AKH) 07CV5316

                Plaintiffs,

   -against-

100 CHURCH LLC,
4101 AUSTIN BLVD CORP.,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
BT PRIVATE CLIENTS CORP.,
CUNNINGHAM DUCT CLEANING CO. INC.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE EBANK TRUST COMPANY AMERICA,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LAW ENGINEERING, PC,
MERRILL LYNCH & CO., INC.
NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREETHOLDING LLC,

RY MANAGEMENT CO INC.,
RY MANAGEMENT,
ROYAL AND SUN ALLIANCE INSURANCE GROUP, PLC,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
THAMES REALTY CO,
THE BANK OF NEW YORK COMPANY INC.,
THE BANK OF NEW YORK TRUST COMPANY NA
TISCHMAN INTERIORS CORPORATION,
TOSCORP INC.,
TRC ENGINEERS, INC.,
US GOVERNMENT,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B CO., LP,
ZAR REALTY MANAGEMENT CORP.,

               Defendants.

------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

        BY: _____
               Heather L. Smar (4622)