KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**       21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-------------------------------------------------------------------x
MIECZYSLAW ROMANIUK,                        DOCKET NO:
                                            07 CV 05316
                    Plaintiff,

    -against-

**100 CHURCH, LLC, 120 BROADWAY**
**CONDOMINIUM (CONDO #871), 120**
**BROADWAY HOLDING, LLC, 120**
**BRODWAY PROPERTIES, LLC, 120**            NOTICE OF
**BROADWAY, LLC, 120 LIBERTY STREET**       ADOPTION OF
**LLC, 4101 AUSTIN BLVD., CORPORATION**     ANSWER TO
**715 REALTY CORP., 90 CHURCH STREET**      MASTER COMPLAINT
**LIMITED PARTNERSHIP, ALAN KASMAN**
**DBA KASCO, AMBIENT GROUP, INC.,**
**AMG REALTY PARTNERS, LP., ANN TAYLOR**
**STORES CORPORATION, BANKERS TRUST**
**COMPANY, BANKERS TRUST NEW YORK**
**CORPORATION, BATTERY PARK CITY**
**AUTHORITY, BELFOR USA GROUP, INC.,**
**BLACKMON-MOORING-STEAMATIC**
**CATASTOPHE, INC. D/B/A BMS CAT, BOARD**
**OF MANAGERS OF THE 120 BROADWAY**
**CONDOMINIUM (CONDO #871),BOARD OF**
**MANAGERS OF THE HUSON VIEW EAST**
**CONDOMINIUM, BOSTON PROPERTIES, INC.,**
**BROOKFIELD FINANCIAL PROPERTIES, INC.,**
**BROOKFIELD FINANCIAL PROPERTIES, LP,**
**BROOKFIELD PARTNERS, LP, BROOKFIELD**
**PROPERTIES CORPORATION, BROOKFIELD**

PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., CITIBANK, N.A,
CUNNINGHAM DUCT CLEANING CO., INC.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, CO.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MERRILL LYNCH
& CO, INC., MSDW 140 BROADWAY PROPERTY
LLC., NEW YORK UNIVERSITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE WAL STREET
HOLDINGS, LLC., R Y MANAGEMENT CO., INC.,
RECTOR OF TRINITY CHURCH, ROYAL
AND SUNALLIANCE INSURANCE GROUP, RY
MANAGEMENT, SILVERSTEIN PROPERTIES, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THAMES REALTY CO., THE BANK OF NEW
YORK COMPANY, INC., THE BANK OF NEW YORK
TRUST COMPANY, NA., TISHMAN INTERIORS
CORPORATION, TOSCORP INC., TRC ENGINEERS, INC.,
TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC.,
US GOVERNMENT WESTON SOLUTIONS, INC., WFP TOWER
B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER HOLDING CO., II L.P.,
WFP TOWER D HOLDING I G.P., CORP., WFP TOWER
D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                    Defendants.
................................................................................x

PLEASE TAKE NOTICE, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as for its Response to the allegations set forth in the Complaint by

Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 9, 2008

        Kevin G. Horbatiuk
        Kevin G. Horbatiuk (KGH4977)
        Attorneys for Defendant
        **CUNNINGHAM DUCT WORK s/h/i/a**
        **CUNNINGHAM DUCT CLEANING**
        **CO., INC.**
        RUSSO, KEANE & TONER, LLP
        26 Broadway, 28th Floor
        New York, New York 10004
        (212) 482-0001
        RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **MIECZYSLAW ROMANIUK**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 9th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MIECZYSLAW ROMANIUK**
115 Broadway 12th Floor
New York, New York 10006

_Kevin G Horbatiuk_
KEVIN G. HORBATIUK