UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SIRE LITIGATION

21 MC 102 (AKH)

----------------------------------------------------------------x

MIECZYSLAW ROMANIUK

Plaintiff,

Index No.: 07 cv 05316

-against-

RECTOR OF TRINITY CHURCH, et. al.,

Defendants.

----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

I certify that I am admitted to practice in this court.

Dated: New York, New York
January 23, 2008

LONDON FISCHER LLP

By: ______________________________

Gillian Hines Kost (GK-2880)
59 Maiden Lane
New York, New York 10038
Phone: (212) 972-1000
Fax: (212) 972-1030

*Attorney for Defendants:*
**The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York, ("Trinity Church") i/s/h/a "Rector of Trinity Church".**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance