UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
MIECZYSLAW ROMANIUK,                                   07CV05316

                                Plaintiffs,        ANSWER TO
                                                   AMENDED COMPLAINT

-against -

100 CHURCH, LLC, 120 BROADWAY
CONDOMINIUM (CONDO #871), 120
BROADWAY HOLDING, LLC, 120
BROADWAY PROPERTIES, LLC, 120
BROADWAY, LLC, 4101 AUSTIN BLVD
CORPORATION, 715 REALTY CORP., 90
CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN D/B/A KASCO, AMBIENT
GROUP, INC., AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BANKERS
TRUST CORP., BANKERS TRUST. NEW YORK
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORTNG-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871), BOARD OF.
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS,LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., CITIBANK,NA,
CUNNINGHAM DUCT CLEANING CO., INC.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR,
INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP,
LLC., HUDSON VIEW EAST CONDOMINIUM,

HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JONES LANG LASALLE AMERICAS, INC., JONES LANG LASALLE SERVICES, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., MSDW 140 BROADWAY PROPERTY L.L.C., NEW YORK UNIVERSITY, NOMUIRA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., RECTOR OF TRINITY CHURCH, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, SILVERSTEIN PROPERTIES, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, US GOVERNMENT, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D,

Co. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                                          Defendants.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      April 1, 2008

                          Yours, etc.

                          FRIEDMAN, HARFENIST, LANGER & KRAUT
                          Attorneys for Defendant –Envirotech
                          3000 Marcus Avenue, Suite 2E1
                          Lake Success, New York 11042
                          (516) 775-5800

                    BY: _____
                                 Heather L. Smar (4622)